No. 402. GREAT NORTHERN RAILWAY Co. *v.* BOARD OF RAILROAD COMMISSIONERS OF MONTANA ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Edwin C. Matthias, Anthony Kane, T. B. Weir* and *Edwin S. Booth* for appellant.

No. 119, Misc. JORDAN *v.* UNITED STATES. *Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the Court of Appeals is vacated and the cause is remanded to the District Court for consideration on the merits. *Charles A. Horsky* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 204, Misc. McGANN *v.* UNITED STATES. *Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The order of the Court of Appeals is vacated and the cause is remanded to that court for consideration on the merits. *United States* v. *Hayman,* 342 U. S. 205, 209, n. 4. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 12, Original. LEE, GOVERNOR OF UTAH, *v.* HUMPHREY, SECRETARY OF THE TREASURY. The motion for leave to file bill of complaint is denied. *C. M. Gilmour* for plaintiff. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *Morton Hollander* for defendant.